STATE OF NEW JERSEY, EX REL. THE BILT-WEL COM-
PANY, A CORPORATION OF THE STATE OF NEW JER-
SEY, RELATOR, v. THOMAS J. DOWLING, INSPECTOR
OF THE BUILDING AND PLUMBING DEPARTMENT OF
THE CITY OF ORANGE, NEW JERSEY, AND THE CITY
OF ORANGE, ESSEX COUNTY, NEW JERSEY, RESPOND-
ENTS.

Argued October 5, 1926—Decided January 25, 1927.

**Zoning—Apartment-House in Residence District—Case Within
Ignaciunas v. Risley, Except That Appeal to Board of Adjust-
ment Must First be Taken—That Board Now Acts Judicially
—Constitutionality of Act Giving Board Judicial Powers
Raised but Held Not to Call For Extended Discussion.**

On rule to show cause why writ of *mandamus* should not
issue.

Before Justices PARKER, BLACK and CAMPBELL.

For the relator, *John J. McCloskey.*

For the respondents, *Spaulding Fraser.*

PER CURIAM.

This is a zoning case.  Relator wishes to build an apart-
ment-house on the west side of Scotland road, adjoining the
South Orange line.  The district is zoned "Residential A,"
and by the ordinance such a building as that now projected
is forbidden.

The case would be one for the same disposition as the
line of cases typified in *Ignaciunas* v. *Risley,* 98 *N. J. L.* 712,
except for the statute of 1926 (*Pamph. L., p.* 526), and the
stipulated fact that there is a board of zoning adjustment.  In
that situation we deem it our duty to follow the decision of the
Chief Justice in *Chancellor Development Corp.* v. *Senior,*
134 *Atl. Rep.* 337; 4 *N. J. Mis. R.* 633; and this results in

a discharge of the present rule, leaving it open to relator to appeal to the board and to review its decision, if adverse, by *certiorari*. As intimated in the Chancellor case, the board is to act judicially, on a lawful ascertainment of facts.

Relator has presented a supplemental brief urging, among other things, that the act of 1926 is unconstitutional as cutting off a jury trial, that the Chancellor case is not controlling, and that the right of appeal does not bar an application for *mandamus*. We have considered these matters and such others as are set out in the brief, but do not think they call for extended discussion.

The rule to show cause will be discharged.